FELDMAN GALE, P.A.
TODD M. MALYNN (State Bar No. 181595)
880 West First Street, Suite 315
Los Angeles, California 90012
Telephone: 213-625-5992
Facsimile: 213-625-5993

FELDMAN GALE, P.A.
NICOLE D. GALLI (PA. Bar No. 78420)
1700 Market Street, Suite 3130
Philadelphia, PA 19103
Phone: 267/414-1302
Facsimile: 215/567-2648
ngalli@feldmangale.com

Attorneys for Defendant
Wonder City3 Co.

UNITED STATES DISTRICT COURT OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCORE ELECTRONICS, INC. and COURTLY TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> WONDER CITY3 CO. doing business as SARTATEK.COM and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:10-CV-04577-SVW-JCG <br><br> [PROPOSED] ORDER RE STIPULATED DISMISSAL WITH PREJUDICE |

Having considered the Stipulated Dismissal with Prejudice,

IT IS HEREBY ORDERED that the complaint filed by plaintiffs ENCORE ELECTRONICS, INC. and COURTLY TECHNOLOGY CORP is hereby dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED:

_____
The Hon. Stephen V. Wilson
United States District Judge